IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL A. HELLNER,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security
Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-481-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, to Dana Duncan in the amount of $13,787.38 for his representation of plaintiff Michael A. Hellner.

_____
Peter Oppeneer, Clerk of Court

4/23/13
Date