IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL A. HELLNER,

      Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                         Case No. 10-cv-481-bbc

CAROLYN W. COLVIN,
Commissioner of Social Security
Administration,

      Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding attorney fees

under the Equal Access to Justice Act, 28 U.S.C. § 2412, to Dana Duncan in the amount of

$13,787.38 for his representation of plaintiff Michael A. Hellner.

Peter Oppeneer, Clerk of Court           4/23/13

                                              Date