IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL A. HELLNER,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security
Administration,

    Defendant.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 10-cv-481-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, to Dana Duncan in the amount of $13,159.19.

_____  _____
Peter Oppeneer, Clerk of Court      5/28/13
                                   Date