IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL A. HELLNER,

    Plaintiff,

SECOND AMENDED
JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-481-bbc

CAROLYN W. COLVIN,

    Defendant.

---

    This action came for consideration before the court with Barbara B. Crabb District Judge presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered awarding attorney fees under 42 U.S.C. § 406(b) to Dana Duncan in the amount of $13,159.19.

_____
Peter Oppeneer, Clerk of Court

6/14/13
Date